# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| **EVERET CARVAJAL and all others similarly situated under 29 USC §216(b),** | CASE NO. _____ |
|     **Plaintiff,** | |
| v. | |
| **SUNTECH DEVELOPMENT, INC. and LUIS LEON,** | |
|     **Defendants.** | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Suntech Development, Inc. and Luis Leon, through the undersigned counsel, hereby remove Case Number 2021-023945-CA-01, from the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441 and 1446, and as grounds for its removal states as follows:

### Statement of the Case

1. On October 27, 2021, Plaintiff filed a Complaint in the Circuit Court for the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, in the case styled *Evert Carvajal and all others similarly situated under 29 U.S.C. 216(b) v. SUNTECH DEVELOPMENT, INC. and LUIS LEON*, Case No. 2021-023945-CA-01 (the "State Court Action"). A copy of the Complaint is attached hereto as Exhibit A.

2. Defendant Luis Leon was served with the summons and Complaint on December 20th, 2021.

3. The Complaint avers one collective cause of action for federal overtime wage violations, pursuant to The Fair Labor Standards Act, 9 U.S.C. §§ 201-219.

4. The Plaintiff's claim is based on the alleged failure of Defendants' to pay Plaintiff's overtime wages, specifically the extra half time rate for hours worked in excess of 40 hours per week as required by the Fair Labor Standards Act.

5. The relief Plaintiff seeks on his behalf and the putative class includes double damages and reasonable attorney's fees from Defendants, jointly and severally, all overtime wages owed to the Plaintiff for the "entire employment period with defendants or as much as allowed by the Fair Labor Standards Act" together with "court costs, interest, and any other relief the Court finds reasonable under the circumstances".

**Federal Question Jurisdiction Under 28 U.S.C. § 1331**

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the Complaint alleges a claim under the Fair Labor Standards Act, an action that arises under federal law. *See* 28 U.S.C. §§ 201-219.

**All Procedural Requirements for Removal Have Been Satisfied**

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 7.2 of the Local Rules for the District Court for the Southern District of Florida, a true and correct copy of all the process, pleadings, orders, and documents from the State Court Action, are being filed with this Notice of Removal.  Exhibit A.

8. This Notice of Removal has been filed within 30 days of the date that the defendants were served with the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. §1446(b).

9. Venue is proper in this Court pursuant to 28 U.S.C. §§1441(a) and 1446(a) because the U.S. District Court for the Southern District of Florida is the federal judicial district embracing the Circuit Court for Miami-Dade County, where the State Court Action was originally filed.

## Conclusion

By this Notice of Removal, Defendants Suntech Development, Inc. and Luis Leon do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions, and/or pleas.

Dated: January 18, 2022                           Respectfully submitted,

                                                  SUNTECH DEVELOPMENT, INC.
                                                  LUIS LEON

                                                  By its attorneys,

                                                  /s/ *Maria A. Dominguez*_____
                                                  Maria A. Dominguez, Esquire
                                                  DMRA LAW, LLC
                                                  Sabadell Financial Center
                                                  1111 Brickell Avenue
                                                  Suite 1550
                                                  Miami, Florida 33131
                                                  Tel. 305-548-8666
                                                  maria.dominguez@dmralaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January 2022, I electronically filed a true and correct copy of the foregoing via the Florida Courts E-Filing Portal with the Clerk of the Court and served upon those listed below via the Florida Courts E-Filing Portal: J.H. Zidell, Esq., J.H. Zidell, P.A., Attorney for Plaintiff, zabogado@aol.com and assistant.jhzidell@gmail.com .

/s/ *Maria A. Dominguez*_____
Maria A. Dominguez, Esquire