UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  22-20222-CIV-MARTINEZ-BECERRA

EVERT CARVAJAL,

    Plaintiff,

v.

SUNTECH DEVELOPMENT, INC. and
LUIS LEON,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before this Court upon the Parties' Joint Motion for Approval of Settlement Agreement and Entry of Order of Dismissal with Prejudice (the "Motion").  (ECF No. 24). The Parties have, contemporaneously with the Motion, filed a copy of the Settlement Agreement (the "Settlement Agreement") for this Court's review.  (ECF No. 24-1).

After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Therefore, the Settlement Agreement is approved.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     The Motion, (ECF No. 24), is **GRANTED**.

2.     The Settlement Agreement, (ECF No. 24-1), is **APPROVED**.

3.     This action is **DISMISSED** with prejudice.

4.	The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

5.	This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record

2